IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-564-F

METROPOLITAN LIFE INSURANCE )
COMPANY, )
 )
        Plaintiff, )
 )
v. ) **ENTRY OF DEFAULT**
 )
EVELYN ANGELO, )
 )
        Defendant. )

On August 24, 2012, Metropolitan Life Insurance Company ("plaintiff") initiated this action against Evelyn Angelo ("defendant") [D.E. 1]. According to plaintiff, defendant was served with summons and the complaint on September 5, 2012 [D.E. 4]. On January 18, 2013, plaintiff moved for entry of default against defendant [D.E. 7].

Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default against a party who "has failed to plead or otherwise defend." Defendant failed to answer or otherwise respond. Accordingly, plaintiff's motion is granted [D.E. 7] and default is entered against defendant Evelyn Angelo.

SO ORDERED. This 14th day of February 2013.

                                Julie A. Richards, Clerk of Court