UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
-------------------------------------------------------------------X
METROPOLITAN LIFE INSURANCE COMPANY,

          Plaintiff,

-against-

EVELYN ANGELO,

          Defendant.
-------------------------------------------------------------------X

Civil Action No: 5:12-CV-564-F

**DEFAULT JUDGMENT**

The action having been commenced on August 24, 2012, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Evelyn Angelo, on September 5, 2012, by Federal Express Signature Confirmation, and proof of service having been filed on December 7, 2012, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED and DECREED: That plaintiff have judgment against defendant in the liquidated amount of $94,154.67.

Dated: March 20, 2013

                                                                                              JULIE A. RICHARDS, CLERK